| | | | | |
|---|---|---|---|---|
| Condem–PA Turnpike Comm (Orange Hill), In re .......... | 1186CD16 | 03/28/2017 | Bucks County 0705194–26–6 | Affirmed |
| Murphy v. WCAB (Upper Darby Twp) ..................... | 1208CD16 | 03/28/2017 | Workers' Compensation Appeal Board A15–0805 | Affirmed |
| Arowosaye v. BPOA ............ | 1410CD16 | 03/28/2017 | Bureau of Professional and Occupational Affairs 0594–51–14 | Affirmed |
| Singhal v. City of Phila.......... | 2555CD15 | 03/29/2017 | Philadelphia County February Term 2014 No. T0162 | Affirmed |
| Mathis v. WCAB (SEPTA)....... | 486CD16 | 03/29/2017 | Workers' Compensation Appeal Board A15–0063 | Affirmed |
| Keller v. UCBR ................ | 790CD16, 791CD16 | 03/29/2017 | Unemployment Compensation Board of Review B–587811 | Affirmed |
| PLCB v. Club 530, Inc. ......... | 855CD16 | 03/29/2017 | Lackawanna County 2011–CV–06698 | Affirmed Vacated and Remanded |
| Homeland Center v. UCBR ..... | 1008CD16 | 03/29/2017 | Unemployment Compensation Board of Review B–589466 | Affirmed |
| Martinez v. WCAB (Silvi Corp) .. | 1016CD16 | 03/29/2017 | Workers' Compensation Appeal Board A15–1481 | Affirmed |
| Matakovich v. UCBR ........... | 1298CD16 | 03/29/2017 | Unemployment Compensation Board of Review B–590418–A | Affirmed |
| Van Tiggelen (Sanders), In re ... | 1350CD16 | 03/29/2017 | Berks County No. 15–12292 | Affirmed |
| SERS v. Fultz (OOR) ........... | 1603CD16 | 03/29/2017 | Office of Open Records AP 2016–1017 | Vacated and Remanded |
| Riede v. PBPP ................. | 337CD15 | 03/30/2017 | Board of Probation & Parole 2511–Q | Affirmed |
| Doherty v. Radnor Twp. ........ | 836CD16 | 03/30/2017 | Delaware County 2015–7407 | Affirmed |
| King v. UCBR ................. | 1432CD16 | 03/30/2017 | Unemployment Compensation Board of Review B–590967 | Affirmed |